ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

___Ali-Abdullah-Sadiq___

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Former Police Commissioner, Bill Bratton
City Of New York, P.O. Charlie Venticinque
Queens County District Attorney, R. Brown

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. **CV 16-07140**

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No     **DONNELLY, J**
*(check one)*

BLOOM, M.J.



RECEIVED
DEC 23 2016
PRO SE OFFICE

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ali-Abdullah-Sadiq
   Street Address: 194-07 Linden Blvd;
   City and County: St. Albans New York, 11412
   State and Zip Code:
   Telephone Number: (718) 300-1355
   E-mail Address: alitheconverted4@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: City of New York; Comptroller
   Job or Title (if known): Bureau of Law and Adjustment
   Street Address: One Centre Street
   City and County: New York
   State and Zip Code: New York, 10007
   Telephone Number: (212) 356-1000
   E-mail Address (if known):

Defendant No. 2

    Name: Richard A. Brown (Individual & Corporate)
    Job or Title (if known): Queens County, District Attorney
    Street Address: 125-01 Queens Blvd.
    City and County: Kew Gardens New York
    State and Zip Code: New York, 11415-1568
    Telephone Number: (718) 286-6000
    E-mail Address (if known): www.queensda.org

Defendant No. 3

    Name: New York City, Police Department
    Job or Title (if known): Policing
    Street Address: 92-08 222 Street
    City and County: Queens Village
    State and Zip Code: New York 11428
    Telephone Number: (718) 776-9090 : 105th Pct. Tel. No.
    E-mail Address (if known): N/A

Defendant No. 4

    Name: William Bratton (in his Official Capacity)
    Job or Title (if known): Former Police Commissioner
    Street Address: NYC (Police Dept.) Comptroller's Office
    City and County: New York City, New York County
    State and Zip Code: 100 Church St. New York, City, 10007
    Telephone Number: (212) 669-3916
    E-mail Address (if known): N/A

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Fourth Amendment Constitution Protection, from unlawful, and false imprisonment; mental, and, emotional injury Separate. five to six hours, detained. First Amendment violation, as well.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A
N/A
N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. Police Officer, Charlie Venticinque arrested me, on the basis of a false statement, from Seventh Day Adventist Pastor Ferron F. Francis, on September 24 2015 with No reading of my Miranda Rights, (See Attachments) It was an involuntary detention P.O. Officer Charlie Venticinque, evidently did not have enough evidence, to have arrested me.

4

Attachment to page (4), as (4a); part (d) continued:

2- I was put into a small jail cell, losing freedom of liberty; suffering emotional pain; harm to personal dignity, in a New York City, 105TH Precint, holding cell.

3- Queens County District Attorney, prepared these false changes which they could not sustain, based on; Richard A. Brown's:

a) his personal malice, and, dislike of me, for fighting to keep my home; where his personal friend, and corrupt judge; Jaime A. Rios, heard a fraudulent foreclosure case (index number 24165/2008) which case, he should not have heard, because of, an ab initio, forged assignment of mortgage; filing complaints against, said former judge (Jaime A. Rios) which is Richard A. Brown's friend.

b) Richard A. Brown's Office, prepared this case maliciously; refusing to change Ferron F. Francis, with filing false statements; even though the accusatory instrument in this case calls for a change of; filing a false statement, if false statement can be proven, reasonably. Filing a false statement was proven!

4- New York City, is the employer of:
a) P.O. Charlie Venticingue;
b) Former Police Commissioner, William Bratton

(4a)

Attachment to page (4) as (4b)

C) The NYPD, functions as an agency of NYC, AND, carries.

5. William Bratton worked as Police Commissioner, at that time of occurrence.

6- Defendant:
name: Daniel Honoré, (phone) 718-291-8006
Job: or title: President of the North Eastern Conference of Seventh Day Adventist Churches.
address: 115-50, Merrick Blvd; #2, Jamaica New York 11434.

7- Ainsworth Joseph.
Job: Ministerial Director, of The Seventh Day Adventist Churches, in the North Eastern Conference.
address: 115-50 Merrick Blvd; #2, Jamaica New York 11434. (718) 291-8006.

8. Defendant Ferron F. Francis
Job; or title: "Pastor".
Street address: 45 Dubois Ave; Valley Stream New York. 11581, tel. (917) 726-1636.

(4b)

attached to page (4) as (4c)

Defendant No. 6, or Daniel Honoré was sent several letters, informing him that Mr. Francis was continually in violation of the Seventh Day Adventist Church Manual, Chapter 10, page 114, and that he should be corrected.

Defendant No. 7 or Ainsworth Joseph, was also sent several letters, advising him that Ferron Francis was, and is, in violation of The Church Manual, Chapter 10, page 114 as well, as other violations.

(4c)

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

On September 24, 2015, at The 105th NYPD Precint.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On September 24th, 2015, app. 11:45 A.M There, or, about.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

This Fernon Francis violated my First Amendment Rights. A Seventh Day Adventist Pastor, made false statements trying to make a case of aggravated harrassment because I disagreed, with his false teachings. His name Fernon F. Francis; he told the NYPD he feared for his life ... because I was a Muslim! He associated me with ISIS!

He (FRANCIS) told this NYPD, P.O. Charlie Venticingue on, or, about 9-23-2015; P.O. Charlie Venticingue arrested me, on this false statement; not reading me, my Miranda Rights; holding me, for about 5 hours in a cell. The DA's Office, failed to prove these charges, and failed to supersede. District Attorney is bias, in this case, due to me, opposing his friend, Judge Jaime A. Rios, in a fraudulent foreclosure case.

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental anguish; suffering, and pain. Now my wife of 47 years, does not want to go back to any church; period. She's lost confidence, and is discouraged; discouraging me from going to Church!

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want this court to have Ferron F. Francis to be charged, with filing a false statement; as the accussatory instrument states, should happen. I have the accusatory instrument. $150,000.00; Punitive, should be $1,000,000.00. Between $120K to $150K, are usual awards. Punitive, or Punishment, is for knowing better, and knowingly doing wrong. The Police, did not want to hear from me. He had the opportunity to arrest a black man, and he jumped on that opportunity. The DA should've known he had no case! The DA had 30 days to supersette and could not supersede.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec. 23, 2016

Signature of Plaintiff  *Ali-Abdullah-Sadiq*

Printed Name of Plaintiff  ALi-Abdullah-Sadiq

7