UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALI ABDULLAH-SADIQ,

                Plaintiff,

                        JUDGMENT
                        16-CV-7140 (AMD) (LB)

         -against-

P.O. CHARLIE VENTICINQUE,

                Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on January 29, 2019, dismissing plaintiff's claims for false arrest and malicious prosecution; and granting defendants' motion for summary judgment; it is

       ORDERED and ADJUDGED that plaintiff's claims for false arrest and malicious prosecution are dismissed; and that defendants' motion for summary judgment is granted.

Dated: Brooklyn, NY                                      Douglas C. Palmer
January 30, 2019                                        Clerk of Court

                                                 By:    /s/*Jalitza Poveda*
                                                         Deputy Clerk